JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liangbei Wang,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-07733-AB-MAA<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On September 23, 2024, the Court issued an Order striking Plaintiff Liangbei Wang's ("Plaintiff") motion and ordering Plaintiff to properly file a complaint pursuant to Fed. R. Civ. P. 3 and 7(a)(1), as well as C.D. Cal. R. 3-1. The complaint was ordered to be filed no later than October 21, 2024. No complaint having been filed,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: October 23, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.